IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDWARD L. GUY, | ) |
| | ) |
| v. | ) 3:11-0132 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social | ) |
| Security. | ) |

### O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Bryant in which he recommends affirmance of the decision of the Social Security Administration. The Plaintiff has timely filed objections thereto.

The Court finds that the decision of the Administrative Law Judge is supported by substantial evidence and therefore must be affirmed. Plaintiff's Motion for Judgment on the Administrative Record, Document #18, is **DENIED**, the decision of the Social Security Administration is **AFFIRMED**, and the case is **DISMISSED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge